## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARCUS LOCKHART                                                          PLAINTIFF

v.                                   3:17CV00095-JM

K. BOWERS, Jail Administrator,
Craighead County Detention Center; *et al.*                          DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 3rd day of August, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE